# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

**Holli Myers**
          Plaintiff(s)

   vs.                                   CASE NUMBER: 3:23-cv-95 (ML)

**Martin J. O'Malley**
**Commissioner of Social Security**
          Defendant(s)

**Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: ORDER ON SOCIAL SECURITY APPEAL: granting in part and denying in part. ORDERED as follows:1) Plaintiffs motion for judgment on the pleadings (Dkt. No. 9) is GRANTED.2) Defendants motion for judgment on the pleadings (Dkt. No. 14) is DENIED.3) The Commissioners decision denying Plaintiff Social Security benefits is REVERSED.4) This matter is REMANDED to the Commissioner, without a directed finding of disability, for further administrative proceedings consistent with this opinion and the oral bench decision, pursuant to sentence four of 42 U.S.C. § 405(g).5) The Clerk of Court is respectfully directed to enter judgment, based upon this determination, REMANDING this matter to the Commissioner for further administrative proceedings consistent with this opinion and the oral bench decision, pursuant to sentence four of 42 U.S.C. § 405(g) and closing this case.

All of the above pursuant to the order of the Honorable **Miroslav Lovric**, dated February 27, 2024.

DATED: February 27, 2024

Clerk of Court

                                                s/Kathy Rogers
                                                Deputy Clerk